# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ERIC CRUZ, Individually and On Behalf of Other Similarly Situated Individuals,** § § § § | |
| **Plaintiff,** § | **Civil Action No. 4:15-cv-02573** |
| v. § § | |
| **CONOCOPHILLIPS AND CONOCOPHILLIPS COMPANY,** § § § | |
| **Defendants.** § § § | |

## NOTICE OF SETTLEMENT

The Parties, by and through their undersigned counsel, hereby notify the Court that they have reached a settlement and are finalizing the terms of the settlement, which the Parties will finalize and file with the Court on or before August 11, 2017. In the interim, the parties request that the Court stay all deadlines so as to avoid unnecessary expenditures of the parties and this Court's time and resources.

Dated: July 20, 2017

| | |
|---|---|
| NICHOLS KASTER, PLLP | NORTON ROSE FULBRIGHT US LLP |
| /s/Michele R. Fisher | /s/Kimberly Cheeseman |
| Paul J. Lukas, MN Bar No. 22084X | Shauna Johnson Clark, TX Bar No. 00790977 |
| Attorney in Charge | Attorney in Charge |
| Michele R. Fisher, MN Bar No. 030369 | Kimberly Cheeseman, TX Bar No. 24082809 |
| Of Counsel | Of Counsel |
| Alexander M. Baggio, MN Bar No. 389912* | 1301 McKinney, Suite 5100 |
| Of Counsel | Houston, Texas 77010-3095 |
| 4600 IDS Center | Telephone: (713) 651-5151 |
| 80 South 8th Street | shauna.clark@nortonrosefulbright.com |
| Minneapolis, MN  55402 | kimberly.cheeseman@nortonrosefulbright.com |
| Telephone: (612) 256-3200 | |
| lukas@nka.com | *Attorneys for Defendant* |
| fisher@nka.com | |
| abaggio@nka.com | |

*Admitted Pro Hac Vice*
*Attorneys For Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was filed electronically on July 20, 2017 pursuant to the service requirements of the ECF/CM for the Southern District of Texas, which will notify all counsel of record.

s/Michele R. Fisher
Michele R. Fisher, Attorney for Plaintiff
